

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:  No CV 08-80242 MISC VRW

Joseph Guy Maiorano,          ORDER

    State Bar No 113876
_____/

    On October 9, 2008, the court received a letter from counsel for Joseph Guy Maiorano advising the court that Mr Maiorano has been suspended by the California Supreme Court for a period of sixty days, effective November 6, 2008, and that Mr Maiorano does not oppose an imposition of a reciprocal suspension by this court.

    The court now orders Joseph Guy Maiorano removed from the roll of attorneys authorized to practice before this court until such time as he provides proof that he has been reinstated to active status by the State Bar of California.

    IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

In the Matter Of:      C 08-80242 MISC VRW

Joseph Guy Maiorano,     **CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the
Office of the Clerk,
U.S. District Court, Northern District of California.

That on Dec. 1, 2008 I SERVED a true and correct copy(ies) of the
attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an
inter-office delivery receptacle located in the Clerk's office.

Law Office of Joseph G Maiorano
402 W Broadway, 27th Floor
San Diego, CA 92101


Dated: Dec. 1, 2008

                 Richard W. Wieking, Clerk
                 By: Cora Klein, Deputy Clerk

                 *Cora Klein*