**FILED**

JAN 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 08 80242 MISC VRW |
| | ORDER |
| Joseph Guy Maiorano, | |
| State Bar No 113876 / | |

On January 9, 2009, the court received a letter from counsel for Joseph Guy Maiorano submitting satisfactory evidence that Mr Maiorano has been reinstated as an active member of the California State Bar effective January 5, 2009.

The court now orders Joseph Guy Maiorano placed back on the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Case Number: C 08-80242 MISC VRW

Joseph Guy Maiorano,

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fishkin & Slatter LLP
1111 Civil Drive, Ste 215
Walnut Creek, CA 94596


Dated: January 26, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*